Patrick J. Crank, WSB #5-2305
CRANK LEGAL GROUP
1815 Evans Avenue
Cheyenne, Wyoming 82001
T: 307.634.2994
pat@cranklegalgroup.com

*Attorney for Plaintiffs*

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2017 JUN 26 PM 3:23

STEPHAN HARRIS, CLERK
CHEYENNE

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF WYOMING

CHEYENNE DIVISION

| | |
|---|---|
| VICTORY PROCESSING, LLC, and DAVE DISHAW<br><br>Plaintiffs,<br><br>v.<br><br>PETER K. MICHAEL, in his official capacity as Attorney General for the State of Wyoming,<br><br>Defendant. | Case No. 17-CV-109-J |

**CORPORATE DISCLOSURE STATEMENT**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Victory Processing, LLC, declares that it has no parent corporation and no publicly held corporation currently owns more than 10% of its stock.

Dated this 7TH day of June, 2017.

                              VICTORY PROCESSING, LLC,

                              Plaintiff,

By: _____
     Patrick J. Crank, WSB #5-2305
     CRANK LEGAL GROUP
     1815 Evans Avenue
     Cheyenne, Wyoming 82001
     T: 307.634.2994
     pat@cranklegalgroup.com